**No. 44537.**—Protests 949185–G, etc., of Charles T. Wilson Co., Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44538.**—Protests 949186–G, etc., of B. H. Old & Co., Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44539.**—Protest 960868–G of Parrish Bros., Inc. (Baltimore).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44540.**—Protests 963834–G, etc., of McKesson & Robbins, Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise is similar to that the subject of *Wilson* v. *United* States (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44541.**—Protests 965173–G, etc., of Hahne & Burns et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A.—, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44542.**—Protest 967732–G of Williams Clarke Co. (Los Angeles).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44543.**—Protests 971257–G, etc., of W. J. Bush & Co., Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under the paragraph 1768 was therefore sustained.